STATE OF CONNECTICUT *v.* ANTHONY THERGOOD

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*Francis T. Mandanici,* in support of the petition.
*Frank Maco,* assistant prosecuting attorney, in opposition.

Submitted May 28—decided June 8, 1976

GENUNG'S, INC. *v.* EDNA M. RICE

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*Bruce A. Morrison,* in support of the petition.
*Richard S. Scalo,* in opposition.

Submitted June 3—decided June 8, 1976

JOHN R. AYERS *v.* SHIRLEY F. AYERS

The plaintiff's motion for a review of the trial court's denial of his motion to rectify the record in the appeal from the Superior Court in Windham County is granted and the relief sought therein is denied.

*G. J. Stillson MacDonnell,* in support of the motion.